1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT
9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10   SPENCER E. BERRY,
11          Plaintiff,                    No.  2:12-cv-0363 KJN P
12      vs.
13   DOROTHY SWINGLE, et al.,
14          Defendants.                   ORDER
15   _____/
16          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant
17   to 42 U.S.C. § 1983.  Plaintiff has not, however, filed an in forma pauperis affidavit or paid the
18   required filing fee.  See 28 U.S.C. §§ 1914(a), 1915(a).  Therefore, plaintiff will be provided the
19   opportunity either to submit the appropriate affidavit in support of a request to proceed in forma
20   pauperis or to submit the appropriate filing fee.
21          In accordance with the above, IT IS HEREBY ORDERED that:
22          1.  Plaintiff shall submit, within thirty days from the date of this order, an affidavit
23   in support of his request to proceed in forma pauperis on the form provided by the Clerk of
24   Court, or the appropriate filing fee; plaintiff's failure to comply with this order will result in the
25   dismissal of this action; and
26   ////

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: February 17, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

berr0363.3a