IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SPENCER E. BERRY,

      Plaintiff,                    No. 2: 12-cv-0363 LKK KJN P

   vs.

DOROTHY SWINGLE, et al.,

      Defendants.           <u>ORDER</u>

_____/

        Plaintiff is a state prisoner, proceeding without counsel, with this civil rights action seeking relief pursuant to 42 U.S.C. § 1983.

        On May 25, 2012, plaintiff filed a motion for leave to amend his complaint. Plaintiff alleges that he has identified one of the "doe" defendants named in the original complaint. Plaintiff's motion to amend was not, however, accompanied by a proposed amended complaint. As a prisoner, plaintiff's pleadings are subject to evaluation by this court pursuant to the in forma pauperis statute. <u>See</u> 28 U.S.C. § 1915A. Because plaintiff did not submit a proposed amended complaint, the court is unable to evaluate it. For this reason, plaintiff's motion to amend is denied without prejudice. Plaintiff is reminded that an amended complaint must contain all claims against all defendants.

////

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's May 25, 2012 motion for
2 leave to amend (Dkt. No. 17) is denied without prejudice.
3 DATED: June 6, 2012

```
                                            _____
                                            KENDALL J. NEWMAN
                                            UNITED STATES MAGISTRATE JUDGE
```

ber363.ame