UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SPENCER E. BERRY,

      Plaintiff,

  v.

DOROTHY SWINGLE, et al.,

      Defendant.
_____/

NO. CIV. S-12-00363 LKK/KJN

**O R D E R**

    Each of the parties in the above-captioned case has consented to proceed before a United States Magistrate Judge. See 28 U.S.C. § 636(c). According to Local Rule 305, both the district court judge assigned to the case and the magistrate judge must approve the reference to a magistrate judge.

    The undersigned has reviewed the file herein and recommends that the above-captioned case be reassigned and referred to a magistrate judge for all further proceedings and entry of final judgment.

    IT IS ORDERED that any hearing dates currently set before the undersigned are **VACATED**.

1

1    IT IS FURTHER ORDERED that the Clerk of the Court reassign this
2 case to the Honorable Kendall J. Newman, United States Magistrate
3 Judge. All future documents filed in the above-captioned case shall
4 reference the following case number:  No. Civ. S-12-0363 KJN.
5    DATED:  November 2, 2012

```
                                 /s/Lawrence K. Karlton
                                 LAWRENCE K. KARLTON
                                 SENIOR JUDGE
                                 UNITED STATES DISTRICT COURT
```

9    Having also reviewed the file, I accept reference of this case
10 for all further proceedings and entry of final judgment.
11    DATED: November 2, 2012

```
                                 _____
                                 KENDALL J. NEWMAN
                                 UNITED STATES MAGISTRATE JUDGE
```